UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Angela Nunez

Case No. 14-33571-AJC
Chapter 13

Debtor(s)/

## THIRD PARTY'S CONSENT TO ATTEND AND PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION

The undersigned, Antonio Nunez, consents to participate in Mortgage Modification Mediation ("MMM") and attend all MMM conferences for property located at as follows:

1. I am not a Debtor in this case.

2. I am:

    a. ☒ the Debtor's non-filing spouse

    b. ☐ a co-obligor on the promissory note

    c. ☐ a co-borrower on the mortgage

    d. ☐ other/third party: _____

3. I am willing to enter into a binding settlement agreement with the Lender, but understand I am not required to do so.

4. I am willing to provide Debtor's attorney, or if the Debtor is not represented, the Debtor, with all documents required for MMM upon request.

5. I have not entered into a written legal representation agreement with Debtor's attorney, and acknowledge that I am not represented by Debtor's attorney for MMM or any other matter, if the Debtor is represented by an attorney.

6. I understand I am entitled to retain my own attorney to represent me in this matter if I

so choose.

7. I understand all communication and information exchanged during MMM is confidential.

Dated: _Nov. 19, 2014_

By: _[signature]_
Print Name: _Antonio Nunez_
Address: _4317 East 8th Lane Hialeah Fl 33013_
Telephone: _786-426-1073_
Fax: _N/A_
email: _N/A_

STATE OF FLORIDA

COUNTY OF

SWORN AND SUBSCRIBED before me this _19_ day of [date _November_, 20_14_,] by [Party _Antonio Nuñez_, ☐ who is personally known to me or ☑ who has produced _DL_ as identification.

_[signature]_
Notary Public, State of Florida
Commission No.
My Commission Expires:

YAYLY GONZALEZ
MY COMMISSION # EE174255
EXPIRES February 28, 2016
(407) 398-0153   FloridaNotaryService.com