

ORDERED in the Southern District of Florida on January 22, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                      CASE NO.: 14-BK-33571-AJC
ANGELA NUNEZ                                CHAPTER: 13

Debtor.
_____/

ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court without hearing on the Ex Parte Motion for Substitution of Counsel filed by U.S. BANK NATIONAL ASSOCIATION on this 20th day of January, 2015.  Based upon the assertions made in support of the Motion and having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

IT IS THEREFORE,

ORDERED AND ADJUDGED:

1.      Attorney Jeffrey Fraser, Esq. shall be substituted in the place of Austin M. Noel. The Clerk of court shall add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

###

Jeffrey Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa FL 33629
Facsimilie: 813-221-9171
bkfl@albertellilaw.com

*Attorney for Secured Creditor is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.*