UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  
**Debtor:** ANGELA NUNEZ

Case #14-33571-AJC  
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was conducted on 02-11-2015 and the following parties were present:

1. [ ] The Debtor:
2. [ ] The Debtor's Attorney:
3. [ ] The Lender's Representative:
4. [ ] The Lender's Attorney:

**B.** The final LMM conference was scheduled for 02-11-2015 but not conducted for the following reason:

1. [ ] The parties settled prior to attending
2. [ ] The case was dismissed
3. [ ] The debtor failed to attend
4. [ ] The debtor's attorney failed to attend
5. [ ] The lender failed to attend
6. [ ] The lender's attorney failed to attend
7. [x] Other: The debtor's request for modification was denied.

**C.** The result of the LMM conference is as follows:

1. [ ] The parties reached an agreement
2. [ ] The parties did not reach an agreement


Dated: 04.01.15

Signature of Mediator: _____ //s// Robin Weiner  
Printed Name: Robin Weiner  
Address: 151 North Nob Hill Road #132 Plantation, FL 33324  

Copies To:  
[All Parties to Mediation]

Phone: (754) 227-9449  
Email: impartialmediator@gmail.com