UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

ANGELA NUNEZ,
Debtor.
_____/

Case No. 14-33571-AJC
Ch 13

### EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR

The following hereby stipulate and agree to the substitution of SAMIR MASRI as the attorney of record for Debtor, ANGELA NUNEZ, and the removal of ROBERT SANCHEZ as counsel for Debtor. There are no attorney fees due to Robert Sanchez. Robert Sanchez herein assigns the balance of attorney's fees that are due as of this Motion. The Debtor will file a Motion to Modify the Plan to reflect the attorney's fees that are due to Samir Masri.

Dated: September 16th, 2016

_____
Robert Sanchez, Esquire
FBN: 442161
355 W 49 St.
Hialeah, FL 33183
(305) 687-8008

_____
Angela Nunez

Dated: September 20th, 2016

_____
Samir Masri, Esquire
FBN: 145513
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134
(305) 445-3422