

**ORDERED in the Southern District of Florida on October 3, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

ANGELA NUNEZ,                                  Case No. 14-33571-AJC
    Debtor.                                         Ch 13
_____/

### AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTOR

**THIS CAUSE** having come upon this Court Ex-Parte upon the Stipulation for Substitution of Counsel For Debtors and the parties having agreed and the Court being fully advised in the premises it is thereupon:

**ORDERED AND ADJUDGED**:

1. That SAMIR MASRI be and the same is hereby substituted as counsel of record for Debtor, ANGELA NUNEZ, and further that ROBERT SANCHEZ be and the same is withdrawn as counsel of record for Debtors herein and relieved of further responsibility in connection herewith.
2. There are no attorney further fees due to Robert Sanchez.
3. The balance of attorney's fees due under the Plan are to be paid to Debtor's attorney, Samir Masri.
4. Debtor shall file a Motion to Modify the Plan to reflect the balance of attorney's fees payable to Debtor's attorney Samir Masri.

# # #

This Order prepared by:
Samir Masri, Esquire
901 Ponce De Leon Blvd., Suite 101
Coral Gables, FL  33134

*\* Attorney Samir Masri is hereby directed to serve a copy of this order upon all interested parties.*