UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
ANGELA NUNEZ,                                           Case no:14-33571-AJC
    Debtor.                                              Chapter 13
_____/

## MOTION TO MODIFY PLAN

COMES NOW, Debtor, ANGELA NUNEZ, by and through undersigned counsel and herein files the above styled motion and in support thereof states as follows:

1. On October 23, 2014, Debtors filed a voluntary petition for Chapter 13 bankruptcy relief.

2. On February 27, 2015 this Court entered an Order confirming the Third Amended Plan.

3. Debtor wishes to modify the second mortgage on her homestead property located at 4317 E. 8 Lane, Hialeah, FL 33013 through the MMM program.

4. Debtor proposes to modify the Plan to pay adequate protection payments to the second mortgage lender.

5. The proposed First Modified Plan will be filed contemporaneously with this Motion.

**WHEREFORE**, Debtors respectfully requests that this Court issue an Order confirming the Modified Plan and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Law Offices of Samir Masri
        901 Ponce de Leon Blvd., Suite 101
        Coral Gables, FL  33134
        Tel: (305) 445-3422

By:   *s/ Samir Masri*
      Samir Masri, Esquire
      FBN: 145513