

**ORDERED in the Southern District of Florida on January 3, 2020.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                              CASE NO. 14-33571-AJC

ANGELA NUNEZ                                                          Chapter 13
a/k/a Angela Nunez, Jr.
a/k/a Aneela Nunez,

     Debtor.                                    /

**AGREED ORDER GRANTING DEBTOR'S MOTION FOR ISSUANCE OF DISCHARGE**

     **THIS CASE** came before the Court on December 17, 2019 upon the Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object (Document No. 69] (the "Motion").  It being that the parties are in agreement as to the entry of this Order, it is

     **ORDERED:**

     The Motion is **GRANTED**. The Clerk may issue the Order of Discharge exempting the arrears owed to Creditor, JPMorgan Chase Bank, National Association from the Order of Discharge. Said arrears shall remain due, and Creditor, JPMorgan Chase Bank, National Association retains all remedies to pursue the Debtor in state court.

                                                                 # # #

Agreed to by:

| | |
|---|---|
| _____/S/_____ | _____/S/_____ |
| Brenda Carpenter, Esq., | Samir Masri, Esq. |
| Florida Bar No. 108351 | 901 Ponce de Leon Blvd |
| 2001 NW 64th Street, Suite 100 | #101 |
| Ft. Lauderdale, FL 33309 | Coral Gables, FL 33134 |
| Tel: 954-462-7000 | Tel: 305-445-3422 |
| Fax: 954-462-7001 | |
| Email: FLSD.bankruptcy@phelanhallinan.com | Email: masrilaw@aol.com |

Order submitted by:
Brenda Carpenter, Esq.
Florida Bar No. 108351
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

Attorney Brenda Carpenter, Esq. is directed to serve a copy of this Order within the time frame established by Local Rule 5005-1(G)(1)(c) and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f).